**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,
AMAZON.COM, INC.,
EBAY, INC.,
SHOPPING.COM, INC.,
SHOPZILLA, INC.,
PRICEGRABBER,COM, INC.,
PRONTO, LLC,
ROSS STORES, INC.,

    Defendants.

---

**ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANTS EBAY, INC. AND SHOPPING.COM, INC.**

---

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice of Defendants Ebay, Inc. and Shopping.com,Inc. (Doc. # 26). Having reviewed the Notice and the case file, the Court ORDERS as follows:

Defendants Ebay, Inc. and Shopping.com, Inc. hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Ebay, Inc. and Shopping.com, Inc. as Defendants in this case.

DATED: February __10__, 2014

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge