IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,
AMAZON.COM, INC.,
EBAY, INC.,
SHOPPING.COM, INC.,
SHOPZILLA, INC.,
PRICEGRABBER,COM, INC.,
PRONTO, LLC,
ROSS STORES, INC.,

    Defendants.

---

## ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL
## OF DEFENDANT SHOPZILLA, INC.

---

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice of Defendant Shopzilla, Inc. (Doc. # 32). Having reviewed the Notice and the case file, the Court ORDERS as follows:

Defendant Shopzilla, Inc. is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Shopzilla, Inc. as a Defendant in this case.

DATED: February __14__, 2014

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge