IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,
AMAZON.COM, INC.,
PRICEGRABBER,COM, INC.,
PRONTO, LLC, and
ROSS STORES, INC.,

    Defendants.

---

**ORDER REGARDING PLAINTIFF'S NOTICE OF DISMISSAL
OF DEFENDANT PRONTO, LLC**

---

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice of Defendant Pronto, LLC (Doc. # 34). Having reviewed the Notice and the case file, the Court ORDERS as follows:

Defendant Pronto, LLC is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Pronto, LLC as a Defendant in this case, and the Clerk of the Court is DIRECTED to delete the email address of Alexander Clayden, Pronto's counsel, from future ECF filings and electronic notifications in this case.

DATED: February __25__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge