**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,
AMAZON.COM, INC.,
PRICEGRABBER,COM, INC.,
ROSS STORES, INC.,

    Defendants.

---

**ORDER REGARDING STIPULATION FOR DISMISSAL
WITH PREJUDICE OF DEFENDANT ROSS STORES, INC.**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant Ross Stores, Inc. (Doc. # 45 ). Having reviewed the Stipulation and the case file, the Court ORDERS as follows:

Defendant Ross Stores, Inc. is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Ross Stores, Inc. as a Defendant in this case, and the Clerk of the Court is DIIRECTED to delete the email address of Jeffrey H. Kass, Ross Store's counsel, from future ECF filings and electronic notifications in this case.

DATED: March __04__, 2014

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge