**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,
AMAZON.COM, INC., and
PRICEGRABBER,COM, INC.,

    Defendants.

---

**ORDER REGARDING STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF DEFENDANT PRICEGRABBER.COM, INC.**

---

This matter is before the Court on the Plaintiff's Notice of Dismissal With Prejudice of Defendant Pricegrabber.com, Inc. (Doc. # 47 ).  Having reviewed the Notice and the case file, the Court ORDERS as follows:

Defendant Pricegrabber.com, Inc. is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Pricegrabber.com, Inc. as a Defendant in this case.

DATED:  March   17  , 2014

                                                    BY THE COURT:

                                                    *[signature: Christine M. Arguello]*

                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge