**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC., and
AMAZON.COM, INC.,

    Defendants.

___

**ORDER REGARDING STIPULATION FOR DISMISSAL
WITH PREJUDICE OF DEFENDANT AMAZON.COM, INC.**
___

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant Amazon.com, Inc. (Doc. # 49 ). Having reviewed the Stipulation and the case file, the Court ORDERS as follows:

Defendant Amazon.com, Inc. is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Amazon.com, Inc. as a Defendant in this case.

DATED: June  02 , 2014

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge