IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

    Plaintiff,

v.

LIFETIME BRANDS, INC.,

    Defendant.

---

**ORDER GRANTING MOTION TO ALLOW POLSINELLI, PC TO BRING INTO THE COURTROOM, AND UTILIZE, A CHEF'S KNIFE AS A DEMONSTRATIVE AT THE CLAIM CONSTRUCTION HEARING**

---

This matter is before the Court on Defendant's Motion to Allow Polsinelli, PC to Bring into the Courtroom, and Utilize, a Chef's Knife as a Demonstrative at the Claim Construction Hearing (Doc. # 63).  The Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED and that Jeffrey Kass, of Polsinelli, PC, may bring into the Courtroom a chef's knife for purposes of demonstrating the use of the cutting boards at issue in this litigation.  Said permission is for the attendance at the Claim Construction Hearing scheduled in this matter on December 4, 2014, and continuing on December 5, 2014.

    DATED:  December 1, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge