IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03267-CMA-MJW

ERIC S. ZEITLIN,

Plaintiff,

v.

LIFETIME BRANDS, INC.

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate the Final Pretrial Conference (Docket No. 73) is GRANTED. The Final Pretrial Conference set for July 20, 2015, at 9:00 a.m. is VACATED. The parties shall file stipulated dismissal papers on or before August 17, 2015.

Date: July 16, 2015